Galen T. Shimoda (SBN 226752)
Justin P. Rodriguez (SBN 278275)
**Shimoda Law Corp.**
9401 East Stockton Boulevard, Suite 200
Elk Grove, CA 95624
Telephone: 916.525.0716
Facsimile: 916.760.3733

Attorneys for Plaintiff EILEEN OTSUJI

JACKSON LEWIS P.C.
JAMES T. JONES (SBN 167967)
jonesj@jacksonlewis.com
DOUGLAS M. EGBERT (SBN 265062)
egbertd@jacksonlewis.com
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN OTSUJI,<br><br>            Plaintiff,<br><br>     vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 to 100, inclusive,<br><br>            Defendants. | Case No.: 2:12-CV-02764-JAM-AC<br><br>**STIPULATION AND ORDER TO DISMISS CASE IN ITS ENTIRETY** |

**STIPULATION TO DISMISS**               2:12-CV-02764-JAM-AC               1

Plaintiff EILEEN OTSUJI and Defendant TARGET CORPORATION, by and through their respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned matter may be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED:

DATED:  July 3, 2014        **JACKSON LEWIS P.C.**

By: /s/ James T. Jones
    JAMES T. JONES
    Attorney for TARGET CORPORATION

DATED:  July 2, 2014        **Shimoda Law Corp.**

By: /s/ Galen T. Shimoda
    Galen T. Shimoda
    (as authorized on July 2, 2014)
    Attorneys for Plaintiff EILEEN OTSUJI

IT IS SO ORDERED:

DATED:  7/3/2014

/s/ John A. Mendez_____
U.S. DISTRICT COURT JUDGE